The AMERICAN LEGION, the Military Order of the Purple Heart, United Spinal Association, and National Veterans Legal Services Program, Petitioners,

v.

**SECRETARY OF VETERANS AFFAIRS, Respondent.**

No. 2007–7186.

United States Court of Appeals, Federal Circuit.

Feb. 11, 2008.

**ORDER**

Order Vacated, See 2008 WL 1744551.

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Daniel J. JONES, Claimant–Appellant,

v.

James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.

No. 2006–7140.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2008.

ON MOTION

*ORDER*

Upon consideration of Daniel J. Jones' unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Any pending motions are deemed moot.

(3) Each side shall bear its own costs.